```
        IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

DARWIN GREGORY KNIGHT,       )
                             )
        Plaintiff,           )
                             )
vs.                          )     CIVIL ACTION 04-0452-BH-M
                             )
OFFICER LANE, et al.,        )
                             )
        Defendants.          )

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to obey the Court's Order.

   **DONE** this 14th day of June, 2005.


                                    s/ W. B. Hand
                                SENIOR DISTRICT JUDGE

Case 1:04-cv-00452-BH-M   Document 10   Filed 06/14/05   Page 2 of 2