# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

```
DARWIN GREGORY KNIGHT,         )
                               )
        Plaintiff,             )
                               )
vs.                            )    CIVIL ACTION 04-0452-BH-M
                               )
                               )
OFFICER LANE, et al.,          )
                               )
        Defendants.            )
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE** this 14th day of June, 2005.

```
                          s/ W. B. Hand
                     SENIOR DISTRICT JUDGE
```